UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:25-CV-80564-AMC

**CYBERCODERS, INC.**, a California corporation,

        **Plaintiff,**

  v.

**LEVELOCITI, LLC**, a Delaware limited liability company, **ALEXANDRIA ACEVEDO**, an individual, **IVELISSE ARRIAGA**, an individual, **JOHN O'GRADY**, an individual, **KEITH SHULER**, an individual, **KYLE WESTHORPE**, an individual, and **DELANO WILLIAMS**, an individual,

        **Defendants.**

_____/

## STATUS REPORT REGARDING DISMISSAL OF ACTION

Plaintiff CyberCoders, Inc. ("Plaintiff") hereby notifies the Court that the Parties are still finalizing their settlement agreement, and are in the final stages of that process. The Parties anticipate that the settlement agreement will be fully executed by June 6, 2025.

As set forth in Plaintiff's Notice of Withdrawal of its Expedited Motion for Preliminary Injunction (Doc. 10), the Individual Defendants have not been formally served and have not yet retained counsel to appear in this action, but have all agreed to the resolution of this matter. Plaintiff will file a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a) as agreed to under the time limits in the settlement agreement.

Dated:  June 3, 2025          LITTLER MENDELSON P.C.

*/s/ West A. Holden*
Tyler A. Sims, Esq.
Florida Bar No. 1048908
tsims@littler.com
West A. Holden, Esq.
Florida Bar No. 0113569
wholden@littler.com
111 North Orange Avenue, Suite 1750
Orlando, FL 32801.2366
Tel:     407.393.2900
Fax:    407.393.2929
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 3rd day of June 2025 a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system and serve a copy via email to Levelociti, LLC's attorney Michael H. Nullman at mnullman@nasonyeager.com.

*/s/ West A. Holden*
West A. Holden, Esq.

2